# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROGER D. CROCKETT, individually and )
on behalf of all others similarly situated, )
                                       )
          Plaintiff, )
vs. )          NO.  CIV-15-1119-HE
                                       )
CAVALRY SPV I LLC, )
                                       )
          Defendant. )

## ORDER

Plaintiff's unopposed motion to dismiss [Doc. #30] is **GRANTED**.  This case is

**DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

Dated this 6th day of April, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE